UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Zhang et al,

                                        Plaintiffs,

-against-

42-44 East Broadway Restaurant Inc et al,

                                        Defendants.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/03/2018

1:18-cv-08178 (SDA)

CASE MANAGEMENT PLAN AND
<u>SCHEDULING ORDER</u>

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure, and following an initial conference held before me today, the Court hereby adopts the following Case Management Plan and Scheduling Order:

(1) This case is not to be tried to a jury.

(2) No additional parties may be joined, except with leave of the Court.

(3) Amended pleadings may not be filed, except with leave of the Court, and shall be filed no later than Thursday, January 3, 2019.

(4) Initial disclosures pursuant to Rule 26(a)(1) shall be completed no later than Monday, December 10, 2018.

(5) All discovery shall be completed no later than Friday, April 19, 2019. The parties shall jointly submit a letter regarding the status of discovery no later than Tuesday, February 19, 2019.

(6) The following interim deadlines may be extended by the parties on consent without application to the Court, provided that the parties met the deadline for completing discovery set forth in ¶ 5 above.

   a. Initial requests for production of documents shall be served by Monday, December 17, 2018.

   b. Interrogatories shall be served by Monday, December 17, 2018.

   c. Depositions shall be completed by Tuesday, March 19, 2019.

   d. Requests to Admit shall be served no later than Monday, February 25, 2019.

(7) The deadline for Plaintiffs to move for conditional certification is Friday, February 15, 2019.

(8) No request for an extension of the deadlines set forth in this Scheduling Order shall be granted absent a showing of good cause.

**SO ORDERED.**

DATED:   New York, New York
         December 3, 2018

*/s/ Stewart D. Aaron*
_____
STEWART D. AARON
United States Magistrate Judge